IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY LEON WEBSTER                                                                                    PLAINTIFF
ADC #114018

v.                                              5:19-cv-00312-DPM-JJV

SHARI FLYNN                                                                                         DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D. Price Marshall, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Gary Leon Webster ("Plaintiff"), incarcerated at the Tucker Unit of the Arkansas Department of Correction, filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) Plaintiff is a "three striker." (Doc. No. 2.) He sued Shari Flynn, identified as the Director of SORNA, alleging "[t]he enforcement and requirements of SORNA/SORA" have violated his rights under the Eighth and Fourteenth Amendments. (Doc. No. 1 at 4.) He further alleges the violations have been so severe that "violations of the Fifth and Sixth Amendments may be pursued in suit for relief." (*Id.*) Plaintiff does not allege that he is in imminent danger of serious physical harm. Further, his Complaint does not otherwise imply or indicate that he is in imminent danger of serious physical harm.

On October 1, 2019, I directed Plaintiff to file the statutory filing fee of $400.00 within fourteen days. (Doc. No. 2.) Plaintiff was warned that his failure to do so would result in the dismissal of this action without prejudice. (*Id.*) More than fourteen days have passed and Plaintiff has not paid the filing fee. He did, however, file a Response to the Order. (Doc. No. 4.) In his Response, Plaintiff does not allege imminent harm, but argues his case should be allowed to proceed because the case would have been "accepted for due diligence if Complainant could pay

cash for that relief." (*Id.*) He also contends that the language in the October 1 Order resembled the dismissal of his lawsuit. (*Id.*) Plaintiff has not established that he meets the imminent danger exception to the three-strikes rule.

I note that in Plaintiff's Response his concluding sentence reads: "[a]t this point, I submit: notice of appeal." (*Id.*) Considering that Plaintiff referred to his Response as a "motion requesting the Court to record: rebuttal, narrative, interrogatory of Complainant" together with Plaintiff's practice in other cases of filing a separate notice of appeal when he intended to proceed to the Court of Appeals for the Eighth Circuit, I interpreted his concluding sentence as a statement of disagreement with the October 1 Order.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 16th day of October 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

3