# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GARY LEON WEBSTER
ADC #114018                                                              PLAINTIFF

v.                          No. 5:19-cv-312-DPM

SHARI FLYNN, Director, "Sora"
or "Sorna," ADC Affiliate                                                DEFENDANT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 5, and overrules Webster's objections, № 6. FED. R. CIV. P. 72(b)(3). Webster hasn't shown that he's in imminent danger. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2019