# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GARY LEON WEBSTER
ADC #114018                                                      PLAINTIFF

v.                       No. 5:19-cv-312-DPM

SHARI FLYNN, Director, "Sora"
or "Sorna," ADC Affiliate                                        DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2019